NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE TAYLOR, DOC #093362,          )
                                     )
            Appellant,               )
                                     )
v.                                   )
                                     )       Case No. 2D17-4839
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____      )

Opinion filed May 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County, Mark Carpanini, Judge.

Tyrone Taylor, pro se.


PER CURIAM.


            Affirmed.


KHOUZAM, BLACK, and SLEET, JJ., Concur.